## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY PINGLE, | ) | CASE NO. 1:12cv2892 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| RICHMOND HEIGHTS LOCAL SCHOOL | ) | |
| DISTRICT BOARD OF EDUCATION, | ) | |
| et al, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

Pursuant to LR 16.4, Alternative Dispute Resolution (ADR), of the Local Rules of the United States District Court for the Northern District of Ohio, the above-captioned case is hereby referred to Mediation pursuant to LR 16.6(a), et seq.

The docket reflects that Magistrate Judge Kathleen B. Burke initially was designated as the Magistrate Judge assigned to this case. Upon agreement of the parties, the Court refers this case to Magistrate Judge George J. Limbert for mediation.

In accordance with Magistrate Judge Limbert's instructions to counsel, the mediation conference is scheduled for Friday, October 30, 2015 at 9:00 a.m. before Magistrate Judge Limbert in Chambers 229, Thomas D. Lambros Federal Building and U.S. Courthouse, 125 Market Street, Youngstown, OH 44503.

**IT IS SO ORDERED**.

Dated: October 27, 2015

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**