# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **TIMOTHY L. PINGLE** | ) |
| Plaintiff, | ) CASE NO. 1:12-cv-02892-SL |
| v. | ) JUDGE SARA LIOI |
| | ) MAGISTRATE JUDGE KATHLEEN BURKE |
| **RICHMOND HEIGHTS LOCAL SCHOOL DISTRICT BOARD OF EDUCATION,** *et al.* | ) **STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE AND JOURNAL ENTRY** |
| Defendants. | ) |

We, the undersigned attorneys for the parties to this action, do hereby stipulate and agree that this action should be and hereby is marked settled and dismissed, with prejudice, and each party to bear their own costs including court costs and attorneys' fees as agreed to by the parties. The Clerk may enter an order accordingly, notice thereof being hereby waived. The Court retains jurisdiction to enforce the terms of the settlement agreed to in this case.

IT IS SO ORDERED.

Date: __December 2_____, 2015      _____
                                       JUDGE SARA LIOI

AGREED TO BY:

*s/ Bruce B. Elfvin*
Bruce B. Elfvin (0015694)
Christina M. Royer (0073695)
Stuart Torch (0079667)
Elfvin, Besser, Royer & Torch, LLC
4070 Mayfield Road
Cleveland, OH 44121
Phone: 216.382.2500
Fax: 216.381.0250
Email: bbe@elfvinbesser.com
croyer@elfvinbesser.com
stuart.torch@elfvinbesser.com

*Attorneys for Plaintiff Timothy Pingle*


*s/ Warren Rosman*
John S. Kluznik (0017473)
JKluznik@westonhurd.com
Warren Rosman (0017510)
WRosman@westonhurd.com
West Hurd LLP
The Tower at Erieview
1301 East 9th Street, Suite 1900
Cleveland, OH 44114-1862
(216) 241-6602/ (216)621-8369 (fax)

*Attorneys for Defendants*
*Richmond Heights Local School District Board*
*of Education*

*s/ John D. Pinzone*
JAMES A. CLIMER (0001532)
JOHN D. PINZONE (0075279)
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email: jclimer@mrrlaw.com
jpinzone@mrrlaw.com

*Attorneys for Defendant Robert J. Moore*

2